**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX KERMITH MENDOZA, | No. EDCV 12-460-SVW(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DAVE LONG, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed without prejudice.

DATED: November 1, 2012

_____
STEPHEN V. WILSON
United States District Judge